# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOUGLAS J. PHILPOTT,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C11-367-MJP<br><br>ORDER DISMISSING CASE |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support, the Report and Recommendation of the Honorable James P. Donohue to which no objections were filed, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

\\

\\

\\

ORDER DISMISSING CASE
PAGE - 1

1       DATED this 13th day of December, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER DISMISSING CASE
PAGE - 2